IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| :GABRIEL-G.:RODRIGUEZ | § | |
| Plaintiff | § | |
| V. | § | CAUSE NO. 3-23CV0139 |
| DAVID KILLAM; CLIFFE KILLAM | § | |
| AND | § | |
| KILLAM OIL COMPANY, LTD | § | |
| Defendants | § | |

**LAWSUIT FOR THEFT**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 18 2023
4:37
CLERK, U.S. DISTRICT COURT
By ___ Deputy

**NOW COMES** :GABRIEL-G.:RODRIGUEZ, Pro-Se files this lawsuit for theft of oil and gas minerals by the above named parties because of the Federal Theft, State Theft, Fraud, Common Law Fraud, Fraudulent RICO activity began in 2012-2021, RICO violation of theft of petroleum products, theft of minerals, deceptive trade practice, no contract and trespassing and crude oil theft. Making false reports to the railroad commission. The parties are being sued for the amount of $2,000,000,000.00 USD.

**FACTUAL AND PROCEDURAL BACKGROUND**

1. In the year 2012 Killam Oil Company Ltd. began to drill for oil and gas without any legal and lawful contract from Mr. :Gabriel-G :Rodriguez on the C.V. De Lopez B Lease in San Isidro, Texas.

1

2. The company reported oil production from 2012 – 2021 of _____ each month.

Gas Production from 2012 – 2021 of _____ each month.

3. These minerals were stolen by David Killam, Cliffe Killam, and Killam Oil Company in violation of Federal and State Law. Notice was given to all parties of Mr. :Gabriel-G: Rodriguez intent to sue. Killam Oil's attorney responded to Mr. :Gabriel-G :Rodriguez's agent :Paul-Douglas :Celestine sue the company.

## **JURISDICTION**

The Honorable Court has jurisdiction over this lawsuit by the Federal theft of oil and gas minerals. Federal violations of RICO violations and conspiracy to 1. commit the theft of Mr. :Gabriel-G: Rodriguez's mineral interests; 2. Federal fraud; 3. IRS violations of illegal gains; 4. Violation of Maritime Law by the illegal seizure of Mr. :Gabriel-G: Rodriguez's vessels without a contract or any legal right; 5. Violation of Federal Contract Law; 6. Violation of Due Process of Law and The Civil Rights Act of 1964: Denied Equality.

For the cause of action by the illegal conduct of Killam Oil Company, David Killam, and Cliffe Killam based on the knowledge of facts of the RICO operation by the committed theft of the said parties has caused injuries by the theft of property without authority. For example, there was no contract or covenant between Killam Oil Ltd. and Mr. :Gabriel-G: Rodriguez. The other issue is that a covenant cannot be bought or sold. Therefore, David Killam, Cliffe Killam, and Killam Oil Company Ltd. committed the fraud and a conspiracy in committing the theft of Mr. :Gabriel-G: Rodriguez's mineral interests. In the furtherance of the corporation Killam Oil

Company Ltd. has breached the corporate veil and is a party to this lawsuit along with the C.E.O. and all officers of the said corporation under the law of parties.

## LIMTIATION

The conduct of David Killam, Cliffe Killam and any officers of Killam Oil Company Ltd. in the furtherance of the corporation was a RICO crime. The statute of limitations began in 2021 when Killam Oil Company Ltd. cease and desisted production in accordance with the records provided by the Texas Railroad Commission as notice was given in Probate Cause No. PR 86-19 Starr County, Texas to all parties.

The parties have also committed 18 U.S.C. §1957 – "engaging in monetary transactions in property derived from specified unlawful activity" in that the RICO activity by David Killam, Cliffe Killam and any officers of Killam Oil Company Ltd. of the theft of oil and gas triggered the violation of law and theft against Mr. :Gabriel-G: Rodriguez in San Isidro of Starr County Texas, Los Mesquites Ranch, C.V. De Lopez B Lease. The Plaintiff Mr. :Gabriel-G: Rodriguez is suing for the theft of minerals and damages related to the land. David Killam, Cliffe Killam and any officers of Killam Oil Company Ltd. illegally registered with the Texas Railroad Commission and have never paid Mr. :Gabriel-G: Rodriguez any money for his minerals taken by David Killam, Cliffe Killam and any officers of Killam Oil Company Ltd. without permission or any contract.

The Plaintiff Mr. :Gabriel-G: Rodriguez is requesting this Honorable Court to contact the Federal Bureau of Investigations, the IRS, and the Department of Justice for the unlawful conduct against the United States of America. By the underworld and

RICO Criminal Acts by David Killam, Cliffe Killam and any officers of Killam Oil Company Ltd. has caused irreparable harm to Mr. :Gabriel-G: Rodriguez. The Plaintiff Mr. :Gabriel-G: Rodriguez states that the share-holders received gains from the illegal RICO operations and should become Defendants by the Law of Parties. The Plaintiff, Mr. :Gabriel-G: Rodriguez is requesting a hearing by the United States Judge on this issue. The Plaintiff, Mr. :Gabriel-G: Rodriguez believes that some or all share-holders have knowledge of the illegal facts before this court.

### PRAYER

Wherefore The Plaintiff Mr. :Gabriel-G: Rodriguez humbly requests relief in the amount of $2,000,000,000.00 ($2 Billion USD) to be awarded to The Plaintiff, Mr. :Gabriel-G: Rodriguez for the reasons stated in this claim.

Respectfully submitted,

Mr. :Gabriel-G: Rodriguez – Pro-Se                     Date: January 18th 2023

Mr. :Gabriel-G: Rodriguez   /S/

*[handwritten: 3822 Dadwey S-?  Houton TX 77026]*

## CERTIFICATE OF SERVICE

I, Mr. :Gabriel-G: Rodriguez certify that a true copy of this document was served in accordance with the Federal Rules of Civil Procedures on <u>January 18th, 2023</u>

In The United States District Court
For The Southern District of Texas
Houston Division
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

## CERTIFICATE OF SERVICE

I, Mr. :Gabriel-G: Rodriguez certify that a true copy of this document was served in accordance with the Federal Rules of Civil Procedures on <u>January 18th 2023</u>

David Killam

4320 University Blvd

Laredo, TX 78041

Cliffe Killam

4320 University Blvd

Laredo, TX 78041

Killam Oil Company Ltd.

4320 University Blvd

Laredo, TX 78041